**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 26-80018-CIV-CANNON/McCabe**

**DOMINIQUE CAVALIER,**
*individually and on behalf of all*
*others similarly situated*,

      Plaintiff,

v.

**BUDSIES PR LLC,**

      Defendant.

_____/

## <u>ORDER DISMISSING SHOTGUN COMPLAINT AND PERMITTING REPLEADING</u>

**THIS CAUSE** comes before the Court upon a sua sponte review of the record.  On January 8, 2026, Plaintiff, individually and on behalf of a putative class and two subclasses, filed a three-count Complaint alleging violations of the Telephone Consumer Protection Act (the "TCPA") and several federal administrative regulations [ECF No. 1 pp. 18–25].  The second and third counts in the Complaint, however, incorporate all preceding allegations, thus rendering the Complaint an impermissible "shotgun pleading" [ECF No. 1 pp. 18–25].  *See Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015) ("The most common type [of shotgun pleading]—by a long shot—is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint.").  The Court has an independent obligation to dismiss such pleadings and require repleader.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2.  Plaintiff may file an amended complaint that is consistent with this Order on or before **January 19, 2026**.  **The amended complaint must not contain any successive counts that incorporate all prior allegations**.  In other words, Counts I, II, and III may incorporate the same factual allegations (paragraphs 1 through 73), but Counts II and III must not broadly incorporate the allegations of previous counts.  **Further, each count must identify the particular legal basis for liability and contain specific factual allegations that support each cause of action within each count**.

3.  Failure to comply with this Order may result in dismissal of the case without further notice.

**ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of January 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record